UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF IBEW LOCAL NO. 7 PENSION FUND, TRUSTEES OF IBEW LOCAL NO. 7 ANNUITY FUND, TRUSTEES OF IBEW LOCAL NO. 7 APPRENTICESHIP & TRAINING FUND, TRUSTEES OF IBEW LOCAL NO. 7 LABOR MANAGEMENT COOPERATION FUND and IBEW LOCAL UNION NO. 7, <br><br> Plaintiffs, <br><br> v. <br><br> LAPINSKI ELECTRIC, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 13-30030-MAP ) ) ) ) ) ) |

### REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the court enter the Default of the defendant, Lapinski Electric, Inc.

Defendant was served with the complaint on or about February 15, 2013. As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

Dated: March 14, 2013

Respectfully submitted,

Thomas R. Landry
BBO #625004 (tlandry@krakowsouris.com)
KRAKOW & SOURIS, LLC
225 Friend Street, Boston, MA 02114
(617) 723-8440
Fax (617) 723-8443

/s/ Thomas R. Landry
Attorney for Plaintiffs

*ALLOWED. The clerk will issue the notice. So ordered*
*Michael A. Ponsor USDJ*
*April 18, 2013*