UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF IBEW LOCAL NO. 7 PENSION FUND, TRUSTEES OF IBEW LOCAL NO. 7 ANNUITY FUND, TRUSTEES OF IBEW LOCAL NO. 7 APPRENTICESHIP & TRAINING FUND, TRUSTEES OF IBEW LOCAL NO. 7 LABOR MANAGEMENT COOPERATION FUND and IBEW LOCAL UNION NO. 7,<br><br>Plaintiffs,<br><br>v.<br><br>LAPINSKI ELECTRIC, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 13-30030-MAP<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, Trustees of IBEW Local No. 7 Pension Fund, et al, upon the accompanying Affidavit of Paul Gour, respectfully move pursuant to F.R.C.P. 55(b)(1), for entry of judgment by the Clerk ordering the defendant, Lapinski Electric, Inc., to pay to the plaintiffs the sum of $44,899.29 in damages and taxable costs.

Respectfully submitted,

Date: July 29, 2013

/s/ Thomas R. Landry
Thomas R. Landry, BBO #625004
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114
(617) 723-8440
Facsimile: (617) 723-8443
tlandry@krakowsouris.com

ALLOWED. The clerk is ordered to enter judgment in the amount of $44,899.29 with interest as provided by law.

Michael A. Ponsor USDJ
8·26·13